**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter   **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Greenleaf 2 CPE, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2306595** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1888 Century Park East, Ste 110**<br>**Los Angeles, CA 90067**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Greenleaf 2 CPE, LLC**                                    Case number (*if known*) _____
        Name

**7.**  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    ____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor    **Greenleaf 2 CPE, LLC**                                    Case number (*if known*) _____
         Name

| List all cases. If more than 1, attach a separate list | Debtor | See attached. | Relationship | _____ |
|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**      *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

## ATTACHMENT TO VOLUNTARY PETITION

#10

Debtor: Greenleaf 4 SOCO, LLC
Relationship: Affiliate
District: Central District of California, Los Angeles Division
When: February 13, 2025
Case Number: To be assigned

Debtor: G7 Venice, LLC
Relationship: Affiliate
District: Central District of California, Los Angeles Division
When: February 13, 2025
Case Number: To be assigned

Debtor    **Greenleaf 2 CPE, LLC**                                              Case number (if known)
          Name

---

**Request for Relief, Declaration, and Signatures**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 13, 2025**
               MM / DD / YYYY

X _____                         **Jonathan Rollo**
Signature of authorized representative of debtor             Printed name

Title   **Chief Executive Officer**

---

**18. Signature of attorney**   X   **/s/ David B. Golubchik**              Date  **February 13, 2025**
                                    Signature of attorney for debtor              MM / DD / YYYY

**David B. Golubchik 185520**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
Firm name

**2818 La Cienega Ave.**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 229-1234**      Email address

**185520 CA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Greenleaf 2 CPE, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **B & B PLUMBING 6649 ODESSA AVE Los Angeles, CA 91406-5746** | | | | | | $1,080.00 |
| **CANTEEN REFRESHMENT SERVICES PO BOX 50196 LOS ANGELES, CA 90074-0196** | | | | | | $1,655.40 |
| **CENTURY CITY CHAMBER OF COMMERCE 2029 Century Park East Suite 4392 Los Angeles, CA 90067** | | | | | | $650.00 |
| **CHRISTOPHER GOMAR 815 N Florence St Burbank, CA 91505** | | | | | | $1,721.25 |
| **CINTAS P.O. BOX 29059 Phoenix, AZ 85038** | | | | | | $2,287.34 |
| **CITY OF LOS ANGELES - PUBLIC WORKS SANIT 2714 Media Center Drive Los Angeles, CA 90065** | | | | | | $5,253.25 |

| Debtor | **Greenleaf 2 CPE, LLC** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CITY OF LOS ANGELES, PW SANITATION-IWB 2714 Media Center Dr. Los Angeles, CA 90065** | | | | | | **$1,217.05** |
| **COUNTY OF LOS ANGELES PUBLIC HEALTH 5050 Commerce Drive, Baldwin Park, CA 91706** | | | | | | **$1,739.38** |
| **DLIVRD 300 Welsh Rd Horsham, PA 19044** | | | | | | **$1,466.51** |
| **FSP 1888 CENTURY PARK EAST LLC 1888 Century Park East Suite 1460 Los Angeles, CA 90067** | | | | | | **$28,220.62** |
| **IMPERIAL DADE PO BOX 103264 Pasadena, CA 91189** | | | | | | **$6,143.13** |
| **MUSICSTYLING.COM LIMITED Venture Way, Dunston Technology Park, Chesterfield, Derbyshire, S41 8NE United Kingdom** | | | | | | **$5,725.00** |
| **PRINCE PARKER & ASSOCIATES, INC PO BOX 474690 Charlotte, NC 28247** | | | | | | **$2,583.48** |
| **RELIANT ELECTRICAL SERVICE, INC 650 N Rose Dr. #405 Placentia, CA 92870** | | | | | | **$2,097.00** |
| **ROCKENWAGNER BAKERY 5462 W ADAMS BLVD LOS ANGELES, CA 90016** | | | | | | **$2,991.46** |

Debtor  **Greenleaf 2 CPE, LLC**                                                Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SMART CARE EQUIMENT SOLUTIONS PO BOX 74008980 CHICAGO, IL 60674 | | | | | | $12,198.85 |
| SOCI, INC P.O. Box: SOCI, Inc, DEPT LA 24700 Pasadena, CA 91185 | | | | | | $4,500.00 |
| STAPLES BUSINESS CREDIT PO BOX 105638 Atlanta, GA 30348-5638 | | | | | | $401.72 |
| THE CHEF'S WAREHOUSE WEST COAST PO BOX 601154 Pasadena, CA 91189 | | | | | | $2,370.57 |
| TRADECRAFT OUTFITTERS PO Box 50196 LOS ANGELES, CA 90074 | | | | | | $23,115.90 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David B. Golubchik 185520<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br>(310) 229-1234<br>California State Bar Number: 185520 CA | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

    **Greenleaf 2 CPE, LLC**

                           Debtor(s).

CASE NO.:

CHAPTER: 11

## VERIFICATION OF MASTER MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **5** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **February 13, 2025**

                              Signature of Debtor 1

Date: _____

                              Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

                              Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015    **F 1007-1.MAILING.LIST.VERIFICATION**

Greenleaf 2 CPE, LLC
1888 Century Park East, Ste 110
Los Angeles, CA 90067


David B. Golubchik
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034


Anthony Scaringe c/o Perssia Razma
JCL Law Firm, APC
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121


B & B PLUMBING
6649 ODESSA AVE
Los Angeles, CA 91406-5746


CANTEEN REFRESHMENT SERVICES
PO BOX 50196
LOS ANGELES, CA 90074-0196


CENTURY CITY CHAMBER OF COMMERCE
2029 Century Park East
Suite 4392
Los Angeles, CA 90067


CHRISTOPHER GOMAR
815 N Florence St
Burbank, CA 91505


CINTAS
P.O. BOX 29059
Phoenix, AZ 85038

CITY OF LOS ANGELES - PUBLIC WORKS SANIT
2714 Media Center Drive
Los Angeles, CA 90065


CITY OF LOS ANGELES, PW SANITATION-IWB
2714 Media Center Dr.
Los Angeles, CA 90065


COUNTY OF LOS ANGELES PUBLIC HEALTH
5050 Commerce Drive, Baldwin Park,
CA 91706


CRESTMARK VENDOR FINANCE
5480 CORPORATE DR, STE 350
Troy, MI 48098


DELIVERTHAT
5757 mayfair rd
north canton, OH 44720


DLIVRD
300 Welsh Rd
Horsham, PA 19044


FOOD PREP SOLUTIONS
80 Largo Drive
Stamford, CT *06907


FSP 1888 CENTURY PARK EAST LLC
1888 Century Park East
Suite 1460
Los Angeles, CA 90067

GENESIS COMMERCIAL CAPITAL, LLC
17551 GILLETTE AVE
Irvine, CA 92614


IMPERIAL DADE
PO BOX 103264
Pasadena, CA 91189


MUSICSTYLING.COM LIMITED
Venture Way, Dunston Technology Park,
Chesterfield, Derbyshire, S41 8NE
United Kingdom


NATURE'S PRODUCE
3305 Bandini Blvd
Vernon, CA 90058


NAVITAS CREDIT CORP.
201 EXECUTIVE CENTER DR, STE100
Columbia, SC 29210


Navitas Credit Corp.
201 EXECUTIVE CENTER DR, STE 100
Columbia, SC 29210


ORANGE COUNTY COPIERS & PRINTERS
1134 E. Valencia Dr
Fullerton, CA 92831


PRINCE PARKER & ASSOCIATES, INC
PO BOX 474690
Charlotte, NC 28247

RELIANT ELECTRICAL SERVICE, INC
650 N Rose Dr.
#405
Placentia, CA 92870


ROCKENWAGNER BAKERY
5462 W ADAMS BLVD
LOS ANGELES, CA 90016


SMART CARE EQUIMENT SOLUTIONS
PO BOX 74008980
CHICAGO, IL 60674


SOCI, INC
P.O. Box: SOCI, Inc, DEPT LA 24700
Pasadena, CA 91185


STAPLES BUSINESS CREDIT
PO BOX 105638
Atlanta, GA 30348-5638


THE CHEF'S WAREHOUSE WEST COAST
PO BOX 601154
Pasadena, CA 91189


TRADECRAFT OUTFITTERS
PO Box 50196
LOS ANGELES, CA 90074


US SBA
1545 HAWKINS BLVD, STE 202
El Paso, TX 79925

WORLDPAY INTEGRATED PAYMENTS

**RESOLUTIONS OF GRM HOLDINGS, LLC
AUTHORIZING FILING OF PETITION UNDER
CHAPTER 11 OF THE BANKRUPTCY CODE**

I, Jonathan Rollo, hereby certify as follows:

I am the Managing Member of GRM Holdings, LLC ("GRM"), the parent company for
Greenleaf 2 CPE, LLC, a California limited liability company (the "Company"). GRM, by and
through its Managing Member, has enacted the following resolutions as of the date hereof:

> **RESOLVED**, that a Petition under the provisions of Chapter 11 of
> Title 11, United States Code (the "Bankruptcy Code") shall be
> filed by the Company on February 13, 2025 or the first possible
> date thereafter as determined by the Designated Officer (defined
> below) upon the advice of counsel;

> **FURTHER RESOLVED,** that the law offices of Levene, Neale,
> Bender, Yoo & Golubchik L.L.P. ("LNBYG") shall be retained as
> bankruptcy counsel for the Company for purposes of filing the
> Chapter 11 bankruptcy case and representing the Company in its
> Chapter 11 bankruptcy case. The Designated Officer is hereby
> authorized and directed to execute an application for the Company
> to employ LNBYG as bankruptcy counsel to the Company in
> connection with the Company's Chapter 11 bankruptcy case;

> **FURTHER RESOLVED**, that Jonathan Rollo, shall serve as the
> Designated Officer for the Company during the pendency of its
> Chapter 11 bankruptcy case;

> **FURTHER RESOLVED**, that as the Designated Officer,
> Jonathan Rollo, is hereby authorized and directed on behalf of and
> in the name of the Company to execute a Chapter 11 bankruptcy
> petition and all related documents and papers on behalf of the
> Company in order to enable the Company to commence a Chapter
> 11 bankruptcy case; and

> **FURTHER RESOLVED**, that as the Designated Officer,
> Jonathan Rollo, is hereby authorized and directed on behalf of and
> in the name of the Company to execute and file and to cause
> counsel for the Company to prepare with the assistance of the
> Company as appropriate all petitions, schedules, lists and other
> papers, documents and pleadings in connection with the
> Company's bankruptcy case, and to take any and all action which

the Designated Officer deems necessary and proper in connection with the Company's bankruptcy case.

Dated:  February 13, 2025

GRM HOLDINGS, LLC

By: Jonathan Rollo
Its: Managing Member